IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 2:19-00256

JOHN HARVEY BUSH, JR.


## MEMORANDUM OPINION AND ORDER

Pending before the court are defendant's motions requesting early release from his term of supervised release.  (ECF Nos. 66 and 68).  The court has considered defendant's background and his performance while on supervised release.  The court has also consulted the United States Probation Office.  The court is of the opinion that this is an appropriate case for early termination of supervised release.

Based on the foregoing, defendant's motions are **GRANTED**. It is therefore **ORDERED** that defendant be released from his term of supervised release effective immediately.

The Clerk is directed to send a copy of this Order to counsel of record, the Probation Office of this court, and to Mr. Bush at his address as indicated on ECF No. 66-2.

**IT IS SO ORDERED** this 17th day of July, 2026.

ENTER:

David A. Faber
Senior United States District Judge